UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LONZO L. WARREN,

              Plaintiff,              Case No. 1:12cv188

v.                                            Hon. Robert J. Jonker

CITY OF BATTLE CREEK,

              Defendant.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on April 30, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 30, 2014, is approved and adopted as the opinion of the court.

      **IT IS ORDERED** that defendant City's motion to dismiss (docket no. 39) is **DENIED** as to plaintiff's claims for race discrimination and retaliation arising from the October 28, 2010, meeting and **GRANTED** as to all other claims.

      **IT IS FURTHER ORDERED** that defendant's motion for summary judgment (docket no. 39) is **GRANTED** as to plaintiff's claims for race discrimination and retaliation arising from the October 28, 2010 meeting and that plaintiff's complaint is **DISMISSED.**

                                                                     /s/Robert J. Jonker
                                                             ROBERT J. JONKER
                                           UNITED STATES DISTRICT JUDGE

Dated:  May 20, 2014